**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 19-1915 (JEB) |
| ) | |
| EXPORT-IMPORT BANK OF ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ANSWER TO THE COMPLAINT FOR INJUNCTIVE RELIEF

Defendant, EXPORT-IMPORT BANK OF THE UNITED STATES, by and through counsel, hereby responds to Plaintiff CAUSE OF ACTION INSTITUTE's Complaint for Injunctive Relief ("Complaint") as follows:

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Plaintiff has not exhausted all administrative remedies.

### THIRD DEFENSE

Exceptional circumstances exist and Defendant is exercising due diligence in responding to the request.

### FOURTH DEFENSE

Plaintiff refused to reasonably modify the scope of its requests or arrange an alternative time frame for processing the request after being given an opportunity to do so by Defendant.

## FIFTH DEFENSE

The information requested in Plaintiff's Freedom of Information Act ("FOIA") request is exempt from disclosure in whole or in part under the FOIA.

## RESPONSES TO THE NUMBERED PARAGRAPHS[1]

Defendant, Export-Import Bank of the United States, by and through the undersigned Assistant U.S. Attorney, responds to the allegations in Plaintiff's Complaint and hereby states as follows:

1.     Defendant admits that Plaintiff is bringing this action under the Freedom of Information Act ("FOIA") and that Plaintiff seeks disclosure of records purportedly maintained by Defendant but denies the remainder of paragraph 1.

## JURISDICTION AND VENUE

2.     Paragraph 2 is a statement of jurisdiction to which no response is required, but to the extent that a response is required, Defendant denies paragraph 2.

3.     Paragraph 3 is a statement of venue to which no response is required, but to the extent that a response is required, Defendant denies paragraph 3.

## PARTIES

4.     Defendant is without knowledge or information sufficient to admit or deny the averments in paragraph 4, and therefore denies paragraph 4.

---

[1] Merely for ease of reference, Defendant replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

5.      Defendant admits that it is an agency within the meaning of 5 U.S.C. § 552(f)(l), but has

        not determined the truth of the remaining averments in paragraph 5, and therefore denies

        the remaining averments in paragraph 5.

## FACTS

**I.      FOIA Request # 201800076F**

6.      Defendant admits that Plaintiff emailed Defendant a FOIA request letter dated September

        20, 2018 and that the document attached as Exhibit 1 to the Complaint is a true copy of

        that request letter.

7.      Defendant admits that the document attached as Exhibit 1 to the Complaint is a true copy

        of the September 2018 FOIA request letter Defendant received from Plaintiff.

8.      Defendant admits CoA Institute sought a public interest fee waiver and to be classified as

        a member of the news media for fee purposes.

9.      Defendant admits that it assigned the September 2018 request tracking number

        201800077F and emailed Plaintiff acknowledgment of receipt on September 21, 2018.

10.     Defendant admits only that, as of the Complaint filing date, Defendant has not issued a

        final determination on Plaintiff's FOIA request but Defendant denies that it has

        unlawfully withheld records from Plaintiff.

**II.     FOIA Request # 201800047F**

11.     Defendant admits that the document attached as Exhibit 3 to the Complaint is a truecopy

        of the May 2016 FOIA request letter Defendant received from Plaintiff.

12.      Defendant admits that Plaintiff emailed Defendant a separate FOIA letter request on

        May 24, 2019 and that Exhibit 3 to the Complaint is a true copy of that request letter.

13.     Defendant admits CoA Institute sought a public interest fee waiver and to be classified as a member of the news media for fee purposes.

14.     Defendant admits that it assigned the May 24, 2019 request letter tracking number 201900047F and emailed acknowledgment of receipt on the same day Defendant received the request letter.

15.      Defendant admits that it acknowledged Plaintiff's request for a fee waiver and has not made a determination.

16.     Defendant admits that as of the Complaint filing date of June 26, 2019, Plaintiff had not received a final determination on or records responsive to the May 24, 2019 request.

## COUNT I

17.     Defendant repeats as though fully set forth herein all of the above paragraphs.

18.     Defendant admits that Plaintiff properly recites a portion of 5 U.S.C. § 552(a)(6); however, Defendant respectfully refers the Court to the full text of the statute and denies any allegation that is in consistent with that full text.  .

19.     Defendant admits that more than 20 business days have passed since Defendant received FOIA requests # 201800076F and 201900047.

20.     Defendant admits that as of the Complaint filing date, Defendant had not provided a final determination on or produced records responsive to either of the requests.

21.     Paragraph 21 is a legal conclusion to which no response is required and, therefore, Defendant denies the same.

22.     Paragraph 22 is a legal conclusion to which no response is required and, therefore, Defendant denies the same.

Dated: August 1, 2019                    Respectfully submitted,

JESSIE K. LIU, D.C. BAR NO. 472845
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2525
April.Seabrook@usdoj.gov

COUNSEL FOR DEFENDANT