UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAUSE OF ACTION INSTITUTE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPORT-IMPORT BANK )<br>OF THE UNITED STATES )<br>)<br>Defendant. )<br> ) | Civil Action No. 19-1915 (JEB) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Plaintiff Cause of Action Institute ("CoA Institute") and Defendant Export-Import Bank of the United States ("Ex-Im Bank"), by and through their undersigned counsel, provide the following joint status report and proposed schedule pursuant to the Court's August 15, 2019 Minute Order.

1. This lawsuit involves two Freedom of Information Act ("FOIA") requests made by CoA Institute to the Ex-Im Bank: FOIA Request #201800076F, dated September 20, 2018, and FOIA Request #201900047F, dated May 24, 2019.

2. CoA Institute filed its Complaint on June 26, 2019. ECF No. 1. Ex-Im Bank filed its Answer on August 8, 2019. ECF No. 13.

3. On August 28, 2019, Ex-Im Bank issued its full and final response, including the production of non-exempt portions of responsive records, to FOIA Request #201800076F.

4. With respect to FOIA Request #201900047F, Ex-Im Bank expects to send CoA Institute its response letter and to produce any non-exempt responsive records no later than September 30, 2019.

5. Accordingly, the parties propose that the Court defer setting a briefing schedule at this time and instead direct the parties to submit another joint status report by October 18, 2019.

| | |
|---|---|
| Date: September 19, 2019 | Respectfully submitted, |
| */s/ Ryan P. Mulvey* | JESSIE K. LIU, D.C. Bar No. 472845 |
| Jessica L. Thompson (D.C. Bar. No. 1542170) | United States Attorney |
| Lee A. Steven (D.C. Bar No. 468543) | |
| Ryan P. Mulvey (D.C. Bar No. 1024362) | DANIEL F. VANHORN, D.C. Bar No. 924092 |
| | Chief, Civil Division |
| CAUSE OF ACTION INSTITUTE | |
| 1875 Eye St., NW, Suite 800 | */s/ April Denise Seabrook* |
| Washington, DC 20006 | APRIL DENISE SEABROOK |
| Telephone: (202) 499-4232 | D.C. Bar No. 993730 |
| Facsimile: (202) 330-5842 | Assistant United States Attorney |
| jessica.thompson@causeofaction.org | 555 Fourth Street, N.W. |
| lee.steven@causeofaction.org | Washington, D.C. 20530 |
| ryan.mulvey@causeofaction.org | Telephone: 202-252-2525 |
| | April.Seabrook@usdoj.gov |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant* |