**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CAUSE OF ACTION INSTITUTE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPORT-IMPORT BANK )<br>OF THE UNITED STATES )<br>)<br>Defendant. )<br>) | Civil Action No. 19-1915 (JEB) |

## NOTICE OF CHANGE IN COUNSEL

**PLEASE TAKE NOTICE** that JESSICA LEE THOMPSON of Cause of Action Institute hereby withdraws as attorney of record for Plaintiff, CAUSE OF ACTION INSTITUTE in this action. The basis for this withdrawal is that Ms. Thompson will no longer be employed with Cause of Action Institute as of October 4, 2019. The remaining undersigned attorneys who have appeared on behalf of Cause of Action Institute will continue to represent it in this matter.

Dated:  October 3, 2019

Respectfully submitted,

CAUSE OF ACTION INSTITUTE

By:  */s/ Jessica Lee Thompson*
Jessica L. Thompson (D.C. Bar. No. 1542170)
Lee A. Steven (D.C. Bar No. 468543)
Ryan P. Mulvey (D.C. Bar No. 1024362)

CAUSE OF ACTION INSTITUTE
1875 Eye St., NW, Suite 800


Washington, DC 20006
Telephone: (202) 499-4232
Facsimile: (202) 330-5842
jessica.thompson@causeofaction.org
lee.steven@causeofaction.org
ryan.mulvey@causeofaction.org

*Counsel for Plaintiff*