# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE,  Plaintiff, <br><br> v. <br><br> EXPORT-IMPORT BANK OF THE UNITED STATES,  Defendant. | Civil Action No. 19-1915 (JEB) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Plaintiff Cause of Action Institute ("CoA Institute") and Defendant Export-Import Bank of the United States ("Ex-Im Bank"), by and through their undersigned counsel, provide the following joint status report and proposed schedule pursuant to the Court's October 22, 2019 Minute Order.

1. This lawsuit involves two Freedom of Information Act ("FOIA") requests made by CoA Institute to the Ex-Im Bank: FOIA Request # 201800076F, dated September 20, 2018, and FOIA Request # 201900047F, dated May 24, 2019.

2. CoA Institute filed its Complaint on June 26, 2019. ECF No. 1. Ex-Im Bank filed its Answer on August 8, 2019. ECF No. 13.

3. On August 28, 2019, Ex-Im Bank issued its full and final response, including the production of non-exempt portions of responsive records, to FOIA Request # 201800076F.

4. On September 30, 2019, Ex-Im Bank issued its first response, including the production of non-exempt portions of response records, to FOIA Request # 201900047F.

5. As part of its processing of records responsive to FOIA Request # 201900047F, Ex-Im Bank forwarded records to the U.S. Government Accountability Office ("GAO") for

consultation regarding GAO equities within these records.  The records sent to GAO are the only remaining records to be processed in response to FOIA Request # 201900047F.

6. Defendant's counsel has attempted to obtain an update from GAO regarding the processing of the records sent to it by Defendant; however, GAO has not yet responded to counsel's inquiries.

7. Accordingly, the parties propose that the Court defer setting a briefing schedule at this time and instead direct the parties to submit another joint status report by December 18, 2019.

Date: November 18, 2019                                                  Respectfully submitted,

| | |
|---|---|
| */s/ Ryan P. Mulvey* | JESSIE K. LIU, D.C. Bar No. 472845 |
| Ryan P. Mulvey (D.C. Bar. No. 1024362) | United States Attorney |
| Lee A. Steven (D.C. Bar No. 468543) | |
| | DANIEL F. VANHORN, D.C. Bar No. 924092 |
| | Chief, Civil Division |
| CAUSE OF ACTION INSTITUTE | |
| 1310 N. Courthouse Road, Suite 700 | */s/ April Denise Seabrook* |
| Arlington, VA 22201-2961 | APRIL DENISE SEABROOK |
| Telephone: (571) 482-4182 | D.C. Bar No. 993730 |
| ryan.mulvey@causeofaction.org | Assistant United States Attorney |
| lee.steven@causeofaction.org | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| *Counsel for Plaintiff* | Telephone: 202-252-2525 |
| | April.Seabrook@usdoj.gov |
| | |
| | *Counsel for Defendant* |