# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAUSE OF ACTION INSTITUTE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPORT-IMPORT BANK )<br>OF THE UNITED STATES )<br>)<br>Defendant. )<br>) | Civil Action No. 19-1915 (JEB) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Pursuant to the Court's November 18, 2019 Minute Order, Plaintiff Cause of Action Institute ("CoA Institute") and Defendant Export-Import Bank of the United States ("Ex-Im Bank"), by and through their undersigned counsel, provide the following joint status report and proposed schedule.

1. This lawsuit involves two Freedom of Information Act ("FOIA") requests made by CoA Institute to the Ex-Im Bank: FOIA Request # 201800076F, dated September 20, 2018, and FOIA Request # 201900047F, dated May 24, 2019.

2. CoA Institute filed its Complaint on June 26, 2019. ECF No. 1. Ex-Im Bank filed its Answer on August 8, 2019. ECF No. 13.

3. On August 28, 2019, Ex-Im Bank issued its full and final response, including the production of non-exempt portions of responsive records, to FOIA Request # 201800076F.

4. On September 30, 2019, Ex-Im Bank issued its first response, including the production of non-exempt portions of response records, to FOIA Request # 201900047F.

5. As part of its processing of records responsive to FOIA Request # 201900047F, Ex-Im Bank forwarded records to the U.S. Government Accountability Office ("GAO") for

consultation regarding GAO equities within these records.  The records sent to GAO are the only remaining records to be processed in response to FOIA Request # 201900047F.

6. Defendant has conferred with GAO and determined that it will be able to produce the non-exempt portions of responsive records, if any, by January 16, 2020.

7. Accordingly, the parties propose that the Court defer setting a briefing schedule at this time and instead direct the parties to submit another joint status report by January 23, 2020.

Date: December 18, 2019                                        Respectfully submitted,

/s/ Ryan P. Mulvey                                             JESSIE K. LIU, D.C. Bar No. 472845
Ryan P. Mulvey (D.C. Bar. No. 1024362)                         United States Attorney
Lee A. Steven (D.C. Bar No. 468543)

                                                               DANIEL F. VANHORN, D.C. Bar No. 924092
                                                               Chief, Civil Division

CAUSE OF ACTION INSTITUTE
1310 N. Courthouse Road, Suite 700                             /s/ April Denise Seabrook
Arlington, VA 22201-2961                                       APRIL DENISE SEABROOK
Telephone: (571) 482-4182                                      D.C. Bar No. 993730
ryan.mulvey@causeofaction.org                                  Assistant United States Attorney
lee.steven@causeofaction.org                                   555 Fourth Street, N.W.
                                                               Washington, D.C. 20530
                                                               Telephone: 202-252-2525
*Counsel for Plaintiff*                                        April.Seabrook@usdoj.gov

                                                               *Counsel for Defendant*