UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CAUSE OF ACTION INSTITUTE                   )
                                            )
        Plaintiff,                        )
                                            )
        v.                                )   Civil Action No. 19-1915 (JEB)
                                            )
EXPORT-IMPORT BANK                          )
OF THE UNITED STATES                        )
                                            )
        Defendant.                        )
_____)

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Pursuant to the Court's December 18, 2019 Minute Order, Plaintiff Cause of Action Institute ("CoA Institute") and Defendant Export-Import Bank of the United States ("Ex-Im Bank"), by and through their undersigned counsel, provide the following joint status report and proposed schedule.

1. This lawsuit involves two Freedom of Information Act ("FOIA") requests made by CoA Institute to the Ex-Im Bank: FOIA Request # 201800076F, dated September 20, 2018, and FOIA Request # 201900047F, dated May 24, 2019.

2. CoA Institute filed its Complaint on June 26, 2019. ECF No. 1. Ex-Im Bank filed its Answer on August 8, 2019. ECF No. 13.

3. On August 28, 2019, Ex-Im Bank issued its full and final response, including the production of non-exempt portions of responsive records, to FOIA Request # 201800076F.

4. On September 30, 2019, Ex-Im Bank issued its first response, including the production of non-exempt portions of response records, to FOIA Request # 201900047F.

5. As part of its processing of records responsive to FOIA Request # 201900047F, Ex-Im Bank forwarded records to the U.S. Government Accountability Office ("GAO") for

consultation regarding GAO equities within these records. The records sent to GAO are the only remaining records to be processed in response to FOIA Request # 201900047F.

6. In the parties' December 2019 Joint Status Report, they reported that GAO had informed Ex-Im Bank that it would provide the results of the consultation to Ex-Im Bank with sufficient time for Ex-Im Bank to review the materials and make its final production of non-exempt portions of responsive records, if any, by January 16, 2020. GAO did not provide the records to Ex-Im Bank; thus, no production could be made on January 16, 2020.

7. On January 21, 2020, GAO finally provided the results of its consultation to Ex-Im Bank. As a result, Ex-Im Bank can now complete its processing and will issue its final production of non-exempt portions of responsive records, if any, no later than February 6, 2020.

8. Accordingly, the parties propose that the Court defer setting a briefing schedule at this time and instead direct the parties to submit another joint status report by March 6, 2020.

Date: January 23, 2020

Respectfully submitted,

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey (D.C. Bar. No. 1024362)
Lee A. Steven (D.C. Bar No. 468543)

CAUSE OF ACTION INSTITUTE
1310 N. Courthouse Road, Suite 700
Arlington, VA 22201-2961
Telephone: (571) 482-4182
ryan.mulvey@causeofaction.org
lee.steven@causeofaction.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

*/s/ April Denise Seabrook*
APRIL DENISE SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2525
April.Seabrook@usdoj.gov

*Counsel for Defendant*