# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAUSE OF ACTION INSTITUTE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPORT-IMPORT BANK )<br>OF THE UNITED STATES )<br>)<br>Defendant. )<br>_____) | Civil Action No. 19-1915 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's March 3, 2020 Minute Order, Plaintiff Cause of Action Institute ("CoA Institute") and Defendant Export-Import Bank of the United States ("Ex-Im Bank"), by and through their undersigned counsel, provide the following joint status report and proposed schedule.

1. This lawsuit involves two Freedom of Information Act ("FOIA") requests made by CoA Institute to the Ex-Im Bank: FOIA Request # 201800076F, dated September 20, 2018, and FOIA Request # 201900047F, dated May 24, 2019.

2. CoA Institute filed its Complaint on June 26, 2019. ECF No. 1. Ex-Im Bank filed its Answer on August 8, 2019. ECF No. 13.

3. Ex-Im Bank issued its full and final response, including the production of non-exempt portions of responsive records, to FOIA Request # 201800076F and FOIA Request # 201900047F.

4. The parties have agreed to confer and make good faith attempts to potentially narrow or eliminate any issues that might otherwise require briefing in this matter.

5. Plaintiff has reviewed the productions and on April 8, 2020, forwarded a request for further explanation of Ex-Im Bank's processing of the records.

6. Ex-Im Bank is reviewing the Plaintiff's request and is in the process of preparing a response.

7. Accordingly, the parties propose that the Court defer setting a briefing schedule at this time and instead direct the parties to submit another joint status report by May 29, 2020.

Date: April 14, 2020

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey (D.C. Bar. No. 1024362)
Lee A. Steven (D.C. Bar No. 468543)

CAUSE OF ACTION INSTITUTE
1310 N. Courthouse Road, Suite 700
Arlington, VA 22201-2961
Telephone: (571) 482-4182
ryan.mulvey@causeofaction.org
lee.steven@causeofaction.org

*Counsel for Plaintiff*

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar No. 437437
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

*/s/ Darrell C. Valdez*
DARRELL C. VALDEZ
D.C. Bar No. 420232
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2507
Darrell.Valdez@usdoj.gov

*Counsel for Defendant*